UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80482-CIV-MARRA

PNC BANK NATIONAL ASSOCIATION,

        Plaintiff,

vs.

CASALE MARBLE IMPORTS, INC., a
Florida corporation, DONATO W. CASALE,
an individual, SYLVANA C. CASALE, an
individual, COMMERCIAL REAL ESTATE
INVESTMENT GROUP CORP., a Florida
corporation, METRO & SIVAN, LLC, a
Florida limited liability company, BOCA
RATON BATH & TENNIS CLUB, INC.,
a Florida nonprofit corporation, LA CASA
HOMEOWNERS ASSOCIATION, INC.,
a Florida nonprofit corporation, BEL-AIRE
HOMEOWNERS ASSOCIATION OF
PALM BEACH COUNTY, INC., a Florida
nonprofit corporation, TRITON STONE OF
FORT MEYERS, LLC, a/k/a TRITON STONE
GROUP OF FORT MEYERS, LLC, a Florida
limited liability company, ROBERT CASE, an
individual, and any UNKNOWN TENANTS,

        Defendants.
_____/

## ORDER

In accordance with 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Verified Motion for Appointment of Receiver **[DE 5]** and Plaintiff's *Ex Parte* Motion for Temporary Restraining Order **[DE 6]** are **REFERRED** to United States Magistrate Judge William Matthewman for appropriate disposition and/or report and recommendation.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 13th day of May 2013.

_____
KENNETH A. MARRA
United States District Judge