UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-80482-Civ-Marra/Matthewman

PNC BANK NATIONAL ASSOCIATION,

        Plaintiff,

vs.

CASALE MARBLE IMPORTS, INC., a
Florida corporation, DONATO W. CASALE,
an individual, SYLVANA C. CASALE, an
individual, COMMERCIAL REAL ESTATE
INVESTMENT GROUP CORP., a Florida
corporation, METRO & SIVAN, LLC, a
Florida limited liability company, BOCA
RATON BATH & TENNIS CLUB, INC.,
a Florida nonprofit corporation, LA CASA
HOMEOWNERS ASSOCIATION, INC.,
a Florida nonprofit corporation, BEL-AIRE
HOMEOWNERS ASSOCIATION OF
PALM BEACH COUNTY, INC., a Florida
nonprofit corporation, TRITON STONE OF
FORT MEYERS, LLC, a/k/a TRITON STONE
GROUP OF FORT MEYERS, LLC, a Florida
limited liability company, ROBERT CASE, an
individual, and any UKNOWN TENANTS,

        Defendants.
_____/



FILED by ___ D.C.
MAY 16 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## NOTICE OF SETTING EVIDENTIARY HEARING ON PLAINTIFF'S VERIFIED MOTION FOR APPOINTMENT OF RECEIVER [DE 5] AND PLAINTIFF'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER [DE 6]

**THIS CAUSE** is before the Court upon Plaintiff, PNC Bank National Association's ("Plaintiff"), Verified Motion for Appointment of Receiver [DE 5] and Plaintiff's Ex Parte Motion for Temporary Restraining Order [DE 6]. These matters were referred to the undersigned by

1

United States District Judge Kenneth A. Marra for appropriate disposition and/or report and recommendation.[1] *See* DE 13. The parties are hereby notified as follows:

1.) Plaintiff is ordered to effectuate personal service of all papers in this case upon all Defendants no later than **Friday, May 24, 2013**.

2.) Plaintiff, Defendants, and any witnesses shall appear before this Court on **Tuesday, June 4, 2013, at 1:30 p.m.**, at the United States Courthouse, 701 Clematis Street, 4th Floor, Courtroom 2, West Palm Beach, Florida, 33401, to address Plaintiff's Verified Motion for Appointment of Receiver [DE 5] and Plaintiff's Ex Parte Motion for Temporary Restraining Order [DE 6].

3.) Defendants are ORDERED to file any written response to Plaintiff's Motion no later than **12:00 p.m. on Monday, June 3, 2013**.

4.) Any motions for continuance of the hearing must be in writing and properly filed with this Court prior to the date of the hearing. Should a motion for continuance be granted, the moving party SHALL notify all other parties after this Court has reset the date and time of the hearing.

5.) In the event this matter settles prior to the hearing, Plaintiff is ORDERED to so inform this Court no later than noon on the business day preceding the hearing.

DONE AND ORDERED in Chambers this 16th day of May, 2013 at West Palm Beach in the Southern District of Florida.

*William Matthewman*
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court previously denied Plaintiff's Motion for Temporary Restraining Order to the extent that Plaintiff sought emergency relief in the form of a temporary restraining order. *See* DE 13. The remainder of the motion, to the extent it constitutes a request for a preliminary injunction, has been referred to the undersigned.