UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**PNC BANK, NATIONAL ASSOCIATION,**

    Plaintiff,

vs.                                                                             Case No. 9:13-cv-80482-KAM

**CASALE MARBLE IMPORTS, INC.,** a Florida corporation, **DONATO W. CASALE,** an individual, **SYLVANA C. CASALE,** an individual, **COMMERCIAL REAL ESTATE INVESTMENT GROUP CORP.,** a Florida corporation, **METRO & SIVAN, LLC,** a Florida limited liability company, **BOCA RATON BATH & TENNIS CLUB, INC.,** a Florida nonprofit corporation, **LA CASA HOMEOWNERS ASSOCIATION, INC.,** a Florida nonprofit corporation, **BEL-AIRE HOMEOWNERS ASSOCIATION OF PALM BEACH COUNTY, INC.,** a Florida nonprofit corporation, **TRITON STONE OF FORT MYERS LLC,** a/k/a **TRITON STONE GROUP OF FORT MYERS, LLC,** a Florida limited liability company, **ROBERT CASE,** an individual, and any **UNKNOWN TENANTS,**

    Defendants.
_____/

**SUGGESTION OF BANKRUPTCY AS TO ONLY**
**DEFENDANT CASALE MARBLE IMPORTS, INC., ONLY**

    COMES NOW, Plaintiff, PNC Bank, N.A., as successor by merger to RBC Bank (USA) (the "Plaintiff"), by and through its undersigned counsel, and hereby files this Suggestion of Bankruptcy and states as follows:

    1.    On May 14, 2013, Defendant Casale Marble Imports, Inc., filed a voluntary petition for bankruptcy under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq*. (the "Bankruptcy Code").

2. Defendant Casale Marble Imports, Inc.'s bankruptcy case is presently pending in the U.S. Bankruptcy Court, Southern District of Florida, West Palm Beach Division, Case No. 13-21220-PGH.

3. Pursuant to the Bankruptcy Code, any further proceedings in the instant action against Defendant Casale Marble Imports, Inc., are stayed until the bankruptcy case is dismissed or the stay terminated.  Further proceedings against the other Defendants, however, are not stayed and may proceed as scheduled.

DATED this 30th day of May, 2013.

                Respectfully submitted,

                **BURR & FORMAN LLP**
                **Attorneys for Plaintiff**
                200 South Orange Avenue
                Suite 800
                Orlando, FL  32801
                Phone:  (407) 540-6607
                Fax:  (407) 244-0889
                Email:  ddpowell@burr.com

By:*/s/ Michael A. Nardella*
    Denise D. Dell-Powell, Esq.
    Florida Bar No.: 0890472
    Michael A. Nardella, Esq.
    Florida Bar No.: 51265

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 30, 2013 a copy of the foregoing was sent via U.S. mail, postage prepaid, to:

Donato W. Casale
3000 NW 29th Road
Boca Raton, FL 33431

Sylvana C. Casale
3000 NW 29th Road
Boca Raton, FL 33431

Metro & Sivan, LLC
3000 NW 29th Road
Boca Raton, FL 33431

Boca Raton Bath & Tennis Club, Inc.
2801 North Military Trail
Boca Raton, FL 33431-6316

La Casa Homeowners Association, Inc.
300 El Prado
Venice, FL 34287

Bel-Aire Homeowners Association of Palm Beach County, Inc.
5121 Casa Real Drive
Delray Beach, FL 33484

Triton Stone of Fort Myers, LLC
a/k/a Triton Stone Group of Fort Myers, LLC
3531 Metro Parkway
Fort Myers, FL 33916

Robert Case
656 N. Wellwood Avenue, #C
Lindenhurst, NY 11757

Commercial Real Estate Investment Group Corp.
3000 NW 29th Road
Boca Raton, FL 33431

                                            */s/ Michael A. Nardella*
                                            Michael A. Nardella