UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80482-CIV-MARRA

PNC BANK NATIONAL ASSOCIATION,

        Plaintiff,

vs.

CASALE MARBLE IMPORTS, INC., a
Florida corporation, DONATO W. CASALE,
an individual, SYLVANA C. CASALE, an
individual, COMMERCIAL REAL ESTATE
INVESTMENT GROUP CORP., a Florida
corporation, METRO & SIVAN, LLC, a
Florida limited liability company, BOCA
RATON BATH & TENNIS CLUB, INC.,
a Florida nonprofit corporation, LA CASA
HOMEOWNERS ASSOCIATION, INC.,
a Florida nonprofit corporation, BEL-AIRE
HOMEOWNERS ASSOCIATION OF
PALM BEACH COUNTY, INC., a Florida
nonprofit corporation, TRITON STONE OF
FORT MEYERS, LLC, a/k/a TRITON STONE
GROUP OF FORT MEYERS, LLC, a Florida
limited liability company, ROBERT CASE, an
individual, and any UNKNOWN TENANTS,

        Defendants.
_____/

**ORDER**

      This cause is before the Court upon the Suggestion of Bankruptcy [DE 33] filed by

Plaintiff, PNC Bank, N.A., as successor by merger to RBC Bank (USA).

      Accordingly, it is hereby **ORDERED AND ADJUDGED** that the above-styled cause is

hereby **STAYED** as to Defendant Donato W. Casale pursuant to Section 362 of the

United States Bankruptcy Code, 11 U.S.C. § 362.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 7th day of June, 2013.

_____
KENNETH A. MARRA
United States District Judge