UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-80482-Civ-Marra/Matthewman

PNC BANK NATIONAL ASSOCIATION,

                Plaintiff,

vs.

CASALE MARBLE IMPORTS, INC., a
Florida corporation, DONATO W. CASALE,
an individual, SYLVANA C. CASALE, an
individual, COMMERCIAL REAL ESTATE
INVESTMENT GROUP CORP., a Florida
corporation, METRO & SIVAN, LLC, a
Florida limited liability company, BOCA
RATON BATH & TENNIS CLUB, INC.,
a Florida nonprofit corporation, LA CASA
HOMEOWNERS ASSOCIATION, INC.,
a Florida nonprofit corporation, BEL-AIRE
HOMEOWNERS ASSOCIATION OF
PALM BEACH COUNTY, INC., a Florida
nonprofit corporation, TRITON STONE OF
FORT MEYERS, LLC, a/k/a TRITON STONE
GROUP OF FORT MEYERS, LLC, a Florida
limited liability company, ROBERT CASE, an
individual, and any UKNOWN TENANTS,

                Defendants.
_____/

## ORDER REQUIRING STATUS REPORTS

**THIS CAUSE** is before the Court *sua sponte*. The Court had previously set an evidentiary hearing upon Plaintiff, PNC Bank National Association's ("Plaintiff"), Verified Motion for Appointment of Receiver [DE 5] and Plaintiff's Ex Parte Motion for Temporary Restraining Order [DE 6]. The hearing was then canceled in light of the Suggestions of

1

Bankruptcy and the Court's Order staying the case as to several of the Defendants. *See* DE 30. The Court has since issued Orders Lifting Stay as to Defendants Donato W. Casale, Commercial Real Estate Investment Group, Corp., and Metro & Sivan, LLC. [DEs 38, 39].

Based on the foregoing, the Court hereby **ORDERS** Plaintiff, PNC Bank National Association, and Defendants, Donato W. Casale, Commercial Real Estate Investment Group, Corp, and Metro & Sivan, LLC, to file status reports with the Court **on or before August 30, 2013**. The status reports shall specify whether a receiver has been appointed by the Bankruptcy Court and whether a hearing in this Court on either of the pending motions is necessary at this juncture. The status reports shall also summarize the procedural posture of the bankruptcy actions involving the three Defendants listed above.

DONE AND ORDERED in Chambers this 23rd day of August, 2013 at West Palm Beach in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE