UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**PNC BANK, NATIONAL ASSOCIATION,**

    Plaintiff,

vs.                                            Case No. 9:13-cv-80482-KAM

**CASALE MARBLE IMPORTS, INC.,** a Florida corporation, **DONATO W. CASALE,** an individual, **SYLVANA C. CASALE,** an individual, **COMMERCIAL REAL ESTATE INVESTMENT GROUP CORP.,** a Florida corporation, **METRO & SIVAN, LLC,** a Florida limited liability company, **BOCA RATON BATH & TENNIS CLUB, INC.,** a Florida nonprofit corporation, **LA CASA HOMEOWNERS ASSOCIATION, INC.,** a Florida nonprofit corporation, **BEL-AIRE HOMEOWNERS ASSOCIATION OF PALM BEACH COUNTY, INC.,** a Florida nonprofit corporation, **TRITON STONE OF FORT MYERS LLC,** a/k/a **TRITON STONE GROUP OF FORT MYERS, LLC,** a Florida limited liability company, **ROBERT CASE,** an individual, and any **UNKNOWN TENANTS,**

    Defendants.
_____/

NOTICE OF FILING
UNITED STATES BANKRUPTCY COURT
ORDER GRANTING PNC BANK, NATIONAL ASSOCIATION'S
*ORE TENUS* AGREED MOTION FOR RELIEF FROM STAY
(Re: Casale Marble Imports, Inc.)

Plaintiff, PNC Bank, National Association, by and through its undersigned counsel, hereby files the attached Order Granting PNC Bank, National Association's *Ore Tenus* Agreed Motion for Relief from Stay issued by the United States Bankruptcy Court for the Southern District of Florida, West Palm Beach Division, in *In re Casale Marble Imports, Inc.,* Case No. 13-21220-PGH.

2167652 v1

DATED this 28th day of August, 2013.

Respectfully submitted,

**BURR & FORMAN LLP**
**Attorneys for Plaintiff**
200 South Orange Avenue
Suite 800
Orlando, FL  32801
Phone:  (407) 540-6607
Fax:  (407) 244-0889
Email:  ddpowell@burr.com
Email:  mnardella@burr.com

By:/s/ Michael A. Nardella
    Denise D. Dell-Powell, Esq.
    Florida Bar No.: 0890472
    Michael A. Nardella, Esq.
    Florida Bar No.: 51265

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2013 a copy of the foregoing was sent via electronic mail through CM/ECF electronic transmission to:   Scott Adam Stoloff, Esq., Counsel for Bel-Aire Homeowners Association of Palm Beach County, Inc., at ss@dkslaw.net, and via U.S. mail, postage prepaid, to:

Casale Marble Imports, Inc.
3000 NW 29th Road
Boca Raton, FL 33431

Commercial Real Estate Investment Group, Corp.
3000 NW 29th Road
Boca Raton, FL 33431

Donato W. Casale
3000 NW 29th Road
Boca Raton, FL 33431

Sylvana C. Casale
3000 NW 29th Road
Boca Raton, FL 33431

Boca Raton Bath & Tennis Club, Inc.
2801 North Military Trail
Boca Raton, FL 33431-6316

La Casa Homeowners Association, Inc.
300 El Prado
Venice, FL 34287

Triton Stone of Fort Myers, LLC
a/k/a Triton Stone Group of Fort Myers, LLC
3531 Metro Parkway
Fort Myers, FL 33916

Robert Case
656 N. Wellwood Avenue, #C
Lindenhurst, NY 11757

                                                    */s/ Michael A. Nardella*
                                                    Michael A. Nardella



**ORDERED in the Southern District of Florida on August 26, 2013.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

IN RE:   Case No.: 13-21220-bk-PGH
   Chapter 11

**CASALE MARBLE IMPORTS, INC.**

   Debtor.
_____/

**ORDER GRANTING PNC BANK, NATIONAL ASSOCIATION'S**
**_ORE TENUS_ AGREED MOTION FOR RELIEF FROM STAY**

THIS CASE came before the Court on August 6, 2013, at 1:00 p.m. upon the *Ore Tenus* Agreed Motion for Relief from Stay (the "Relief Motion") made by PNC Bank, National Association (the "Movant") as to all assets of the Debtor, Casale Marble Imports, Inc. (the "Debtor"), and upon the Motion to Convert or Dismiss (the "Conversion Motion")(Dkt. No. 31) filed by Movant. The Court, having heard the arguments of counsel, taken note of the agreement of the parties in connection with a settlement, having otherwise decided to grant the Conversion Motion, and being otherwise fully advised in the premises, it therefore

   **ORDERED:**

2189050 v2

1. The Relief Motion is **GRANTED**.

2. The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to Movant's interest in any and all assets of the Debtor including without limitation cash, inventory, accounts, equipment, and general intangibles, wherever located, whether now owned or hereafter acquired or arising, and all proceeds and products thereof (the "Property").

3. This Order granting relief from stay is entered for the sole purpose of allowing Movant complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the Property, to gain possession of or foreclose the Property, to seek appointment of a receiver or to make demands for rents, and to have such other and further *in rem* relief as is just as to the Property.

4. This Order is entered pursuant to the agreement of the parties as announced in open court.

5. Once a receiver is appointed over the Property in the related action against the Debtor in District Court and takes possession of the Property, Movant shall submit a proposed order granting the Conversion Motion and dismissing this case. If a receiver is not appointed for any reason in District Court, Movant may choose to submit a proposed order granting the Conversion Motion and converting this case to one under chapter 7 of the Bankruptcy Code, or alternatively dismissing this case, at the Movant's discretion.

6. The Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

###

Order Submitted by:
Denise D. Dell-Powell, Esq.
Michael A. Nardella, Esq.
Burr & Forman LLP
200 S. Orange Avenue, #800
Orlando, FL 32801
Phone: (407) 540-6600
Fax: (407) 540-6601
Email:  denise.dellpowell@burr.com
Email:  michael.nardella@burr.com
Counsel for PNC Bank, National Association

Denise Dell-Powell is directed to serve copies of this order on all interested parties, and file a certificate of service.