UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**PNC BANK, NATIONAL ASSOCIATION,**

    Plaintiff,

vs.                                            Case No. 9:13-cv-80482-KAM

**CASALE MARBLE IMPORTS, INC.**, a Florida corporation, **DONATO W. CASALE**, an individual, **SYLVANA C. CASALE**, an individual, **COMMERCIAL REAL ESTATE INVESTMENT GROUP CORP.**, a Florida corporation, **METRO & SIVAN, LLC**, a Florida limited liability company, **BOCA RATON BATH & TENNIS CLUB, INC.**, a Florida nonprofit corporation, **LA CASA HOMEOWNERS ASSOCIATION, INC.**, a Florida nonprofit corporation, **BEL-AIRE HOMEOWNERS ASSOCIATION OF PALM BEACH COUNTY, INC.**, a Florida nonprofit corporation, **TRITON STONE OF FORT MYERS LLC**, a/k/a **TRITON STONE GROUP OF FORT MYERS, LLC**, a Florida limited liability company, **ROBERT CASE**, an individual, and any **UNKNOWN TENANTS**,

    Defendants.
_____/

## **PLAINTIFF'S STATUS REPORT**

    Pursuant to this Court's Order Requiring Status Reports (Doc. No. 40), Plaintiff, PNC Bank, National Association ("PNC"), files this report on the status of the bankruptcy actions involving four of the Defendants, and states as follows:

    1.    The U.S. Bankruptcy Court for the Southern District of Florida has granted relief from the bankruptcy stay to PNC in the four bankruptcy cases pending for Defendants Casale Marble & Imports, LLC ("Casale"); Donato W. Casale ("Donato Casale"); Commercial Real

Estate Investment Group Corp. ("CREIG"); and Metro & Sivan, LLC ("Metro").  Copies of the U.S. Bankruptcy Court orders granting relief from stay have been filed herein at Doc. No. 35, 36, 41, and 42.

2. The Defendants Casale, Donato Casale, CREIG, Metro, and Sylvana C. Casale have executed a Stipulation Agreement waiving all claims and defenses.  A copy of the Stipulation Agreement was filed herein at Doc. No. 43.

3. PNC and Defendants Casale, Donato Casale, CREIG, Metro, and Sylvana C. Casale have also entered into a Joint Stipulation for Entry of Order Appointing Receiver, a copy of which was filed herein at Doc. No. 44.

Accordingly, PNC requests that this Court enter the Agreed Order Appointing Receiver and Granting Related Relief, and re-set deadlines for case management.

DATED this 30th day of August, 2013.

    Respectfully submitted,

**BURR & FORMAN LLP**
**Attorneys for Plaintiff**
200 South Orange Avenue
Suite 800
Orlando, FL  32801
Phone:  (407) 540-6607
Fax:  (407) 244-0889
Email:  ddpowell@burr.com
Email:  mnardella@burr.com

By:/s/ Michael A. Nardella
    Denise D. Dell-Powell, Esq.
    Florida Bar No.: 0890472
    Michael A. Nardella, Esq.
    Florida Bar No.: 51265

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 30, 2013 a copy of the foregoing was sent via electronic mail through CM/ECF electronic transmission to:  Scott Adam Stoloff, Esq., Counsel for Bel-Aire Homeowners Association of Palm Beach County, Inc., at ss@dkslaw.net, and will be sent via U.S. mail, postage prepaid, on September 3, 2013, to:

Casale Marble Imports, Inc.
3000 NW 29th Road
Boca Raton, FL 33431

Commercial Real Estate Investment Group, Corp.
3000 NW 29th Road
Boca Raton, FL 33431

Donato W. Casale
3000 NW 29th Road
Boca Raton, FL 33431

Sylvana C. Casale
3000 NW 29th Road
Boca Raton, FL 33431

Boca Raton Bath & Tennis Club, Inc.
2801 North Military Trail
Boca Raton, FL 33431-6316

La Casa Homeowners Association, Inc.
300 El Prado
Venice, FL 34287

Triton Stone of Fort Myers, LLC
a/k/a Triton Stone Group of Fort Myers, LLC
3531 Metro Parkway
Fort Myers, FL 33916

Robert Case
656 N. Wellwood Avenue, #C
Lindenhurst, NY 11757

                                              */s/ Michael A. Nardella*
                                              Michael A. Nardella