UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80482-CIV-MARRA

PNC BANK NATIONAL ASSOCIATION,

    Plaintiff,

vs.

CASALE MARBLE IMPORTS, INC., a Florida corporation; DONATO W. CASALE, an individual; SYLVANA C. CASALE, an individual; COMMERCIAL REAL ESTATE INVESTMENT GROUP CORP., a Florida corporation; METRO & SIVAN, LLC, a Florida limited liability company; BOCA RATON BATH & TENNIS CLUB, INC., a Florida nonprofit corporation; LA CASA HOMEOWNERS ASSOCIATION, INC., a Florida nonprofit corporation; BEL-AIRE HOMEOWNERS ASSOCIATION OF PALM BEACH COUNTY, INC., a Florida nonprofit corporation; TRITON STONE OF FORT MEYERS, LLC, a/k/a TRITON STONE GROUP OF FORT MEYERS, LLC, a Florida limited liability company; ROBERT CASE, an individual; and any UNKNOWN TENANTS,

    Defendants.
_____/

## NOTICE OF APPEARANCE

Gary Soles and Michael S. Provenzale, of the law firm of Lowndes, Drosdick, Doster, Kantor & Reed, P.A., hereby file their appearance as Counsel for Receiver, Thomas J. Beane of Beane and Associates, Inc. ("Beane"), and request that copies of all future papers and pleadings filed in this matter be served upon the undersigned.

[Signature on Following Page]

        */s/ Michael S. Provenzale*
        Gary Soles
        Florida Bar No. 0614149
        Michael S. Provenzale
        Florida Bar No. 0056834
        **LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A.**
        450 S. Orange Avenue, Suite 200
        Orlando, Florida 32801
        Tel: 407-843-4600
        Fax: 407-843-4444
        gary.soles@lowndes-law.com
        mike.provenzale@lowndes-law.com
        litcontrol@lowndes-law.com
        anne.fisher@lowndes-law.com
        deborah.meadows@lowndes-law.com
        *Attorneys for Receiver, Thomas J. Beane of Beane and Associates, Inc.*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 24th day of September, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to ECF registrants.

        */s/ Michael S. Provenzale*
        Michael S. Provenzale

0144258\158710\1533002v1