UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 13-CV-80482

PNC BANK NATIONAL ASSOCIATION,

    Plaintiff,
vs.

CASALE MARBLE IMPORTS, INC., a Florida corporation; DONATO W. CASALE, an individual; SYLVANA C. CASALE, an individual; COMMERCIAL REAL ESTATE INVESTMENT GROUP CORP., a Florida corporation; METRO & SIVAN, LLC, a Florida limited liability company; BOCA RATON BATH & TENNIS CLUB, INC., a Florida nonprofit corporation; LA CASA HOMEOWNERS ASSOCIATION, INC., a Florida nonprofit corporation; BEL-AIRE HOMEOWNERS ASSOCIATION OF PALM BEACH COUNTY, INC., a Florida nonprofit corporation; TRITON STONE OF FORT MYERS, LLC, a/k/a TRITON STONE GROUP OF FORT MYERS, LLC, a Florida limited liability company; ROBERT CASE, an individual; and any UNKNOWN TENANTS,

    Defendants.
_____/

## NOTICE OF FILING STATUS REPORT

Receiver, Thomas J. Beane of Beane and Associates, Inc., by and through his undersigned attorneys, pursuant to paragraph 12 of the *Order Appointing Receiver and Granting Related Relief* entered September 20, 2013 [Doc #53], hereby files his Status Report for the period of September 20, 2013 to November 20, 2013.

Dated this 2nd day of December, 2013.

/s/ Michael S. Provenzale
Gary Soles
Florida Bar No. 0614149
Michael S. Provenzale
Florida Bar No. 0056834
**LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A.**
450 S. Orange Avenue, Suite 200
Orlando, Florida 32801
Tel: 407-843-4600
Fax: 407-843-4444
gary.soles@lowndes-law.com
mike.provenzale@lowndes-law.com
litcontrol@lowndes-law.com
maribel.guthala@lowndes-law.com
deborah.meadows@lowndes-law.com
*Attorneys for Receiver, Thomas J. Beane of Beane and Associates, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of December, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to ECF registrants.

/s/ Michael S. Provenzale
Michael S. Provenzale

Dated this 2nd day of December, 2013.

/s/ Michael S. Provenzale
Gary Soles
Florida Bar No. 0614149
Michael S. Provenzale
Florida Bar No. 0056834
**LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A.**
450 S. Orange Avenue, Suite 200
Orlando, Florida 32801
Tel: 407-843-4600
Fax: 407-843-4444
gary.soles@lowndes-law.com
mike.provenzale@lowndes-law.com
litcontrol@lowndes-law.com
maribel.guthala@lowndes-law.com
deborah.meadows@lowndes-law.com
*Attorneys for Receiver, Thomas J. Beane of Beane and Associates, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of December, 2013, I electronically filed the foregoing *Notice of Filing Status Report* with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to ECF registrants.

/s/ Michael S. Provenzale
Michael S. Provenzale

0144258\158710\1544866v1

## Summary of Material Actions

1. Receiver on site since September 19, 2013.
2. Took possession and control of receivership estate.
3. Controlled and managed all bank accounts and cash.
4. Managed the build out of the work in process and stopped all overtime.
5. Created a manpower plan to support the orderly wind down of operations.
6. Managed the addition of sales orders to specific criteria based on timing and cost.
7. Reviewed financials for all entities.
8. Prepared a liquidation analysis to establish a bench mark.
9. Engaged an attorney for the receiver.
10. Assured all insurance was up to date and adequate.
11. Added Plaintiff to insurance as primary loss payee.
12. Contracted an auctioneer for selling inventory, machinery and equipment.
13. Contracted Real Estate broker for the CREIG building at 715-755 SW 17th Ave., Delray Beach.
14. Contracted Real Estate broker for Casale residences.
15. Conducted a collectability analysis on accounts receivable and developed a collections plan.
16. Controlled the Accounts Payable and cut checks once a week.
17. Keeping a rolling record of all receipts and expenditures since September 20, 2013.
18. Created a cash flow budget for the receivership and published to the bank.
19. Update the cash flow budget weekly.
20. Evicted tenants from the CREIG building and cleaned the building in preparation for sale.
21. Sold the CREIG building – closing on December 9, 2013.
22. Evicting Triton Stone from Metro and Sivan building in Ft. Myers.
23. Sold Metro and Sivan building at auction on November 17, 2013.
24. Sold inventory, machinery & Equipment in Ft. Myers at auction on November 17, 2013.
25. Shut down the Casale Marble operations on November 15, 2013.
26. Sold inventory at cost plus prior to the auction.
27. Bought out lease on the blue print machine and sold it prior to auction.
28. Bought out the leases on seven trucks to sell at auction (auctioneers estimate higher than buy out).
29. Scheduled Delray Beach auction for December 14, 2013.
30. Moved all consignment material back to owners.

# Casale Marble Imports
# Cash Summary as of 11/20/2013

| | | |
|---|---|---:|
| *CURRENT BALANCE in Operating Account:* | $ | 62,758.88 |
| *CURRENT BALANCE in Cash Collateral Account:* | $ | - |
| *CURRENT BALANCE in Sales Tax Account:* | $ | 2.64 |
| *CURRENT BALANCE in Payroll Tax Account:* | $ | 143.87 |
| *CURRENT BALANCE in Payroll Account:* | $ | 187.61 |
| *CURRENT BALANCE in Petty Cash:* | $ | 238.06 |
| | $ | 63,331.06 |

## Casale Marble Imports
## Cash Detail since September 21, 2013

**TD Bank - Operating - 4280905379**

**BEGINNING BALANCE:** $ 99,777.42

**CREDITS: Deposits In**

| | DATE | TYPE | CUSTOMER | Sales Order / Invoice # | AMOUNT | DEPOSIT AMOUNT |
|---|---|---|---|---|---|---|
| Posted | 9/23/2013 | Ck # 75284 - Invoice Payment | Minto Communities | 5469C02 & 5196C02 | $ 3,384.00 | |
| Posted | 9/23/2013 | Ck # 2375 - Deposit | Brian Joseph Ducharme | 5783T01 | $ 2,382.00 | $ 5,766.00 |
| Posted | 9/24/2013 | Ck # 172 - Deposit | Marble Crafters | 6080T01 | $ 10,750.00 | |
| Posted | 9/24/2013 | Ck # 1359 - Invoice Payment | Mark Timothy | 5621P05 | $ 17,184.25 | |
| Posted | 9/24/2013 | Ck # 13453 - Deposit | Interiors by Patrice | 5883T02 | $ 1,499.00 | $ 29,433.25 |
| Posted | 9/24/2013 | Credit Card - Deposit | Grewe Resd. | 6182T01 | $ 1,895.00 | $ 1,895.00 |
| Posted | 9/25/2013 | Credit Card - Deposit | Paul Skidell | 6197T01 | $ 3,715.50 | |
| Posted | 9/25/2013 | Credit Card - Deposit | Paul Skidell | 6195T01 | $ 3,000.00 | $ 6,715.50 |
| Posted | 9/25/2013 | Ck # 126 - Invoice Payment | Carmen Deida (Minto) | 5221R01 | $ 950.00 | |
| Posted | 9/25/2013 | Ck # 1254 - Invoice Payment | Mark Timothy | 5244PT1 | $ 13,001.00 | |
| Posted | 9/25/2013 | Ck # 075660 - Invoices & Deposits | Lang Construction | 5634T01-6170T01-5645T02-6188T0 1 | $ 4,850.50 | |
| Posted | 9/25/2013 | Ck # 6593 - Invoice Payment | Terence Cudmore | 5362T05/T06/T07 | $ 16,236.00 | $ 35,037.50 |
| Posted | 9/26/2013 | Ck # 1194 - Deposit | William Frutkin | 6190T01 | $ 1,350.00 | |
| Posted | 9/26/2013 | Ck # 70100220 - Invoice Payment | Centerline - Riverwalk | 5935R01/5301A/302/303/304 | $ 14,973.00 | |
| Posted | 9/26/2013 | Ck # 1602 - Invoice Payment | Mark Timothy | 5079PT4 | $ 7,579.00 | $ 23,902.00 |
| Posted | 9/26/2013 | Credit Card - Invoice Payment | Seadar | 5419T01 | $ 5,782.00 | $ 5,782.00 |
| Posted | 9/30/2013 | Ck # 70100236 - Invoice Payment | Centerline - Riverwalk | 5945R01A301A302A303A04 | $ 15,732.00 | $ 15,732.00 |
| Posted | 10/2/2013 | Ck # 075713 - Invoice Payment | Lang Construction | 5645T01 | $ 1,994.00 | |
| Posted | 10/2/2013 | Ck # 1718 - Invoice Payment | Wellington Granite & Marble | 6316M01 | $ 1,361.27 | $ 3,355.27 |
| Posted | 10/3/2013 | Credit Card - Deposit | Paul Skidell | 6189T01 | $ 4,834.50 | |
| Posted | 10/3/2013 | Credit Card - Deposit | Paul Skidell | 6192T01 | $ 2,691.00 | $ 7,525.50 |
| Posted | 10/4/2013 | Ck # 6029 - Invoice Payment | Fink & Harding | 6319F01 | $ 475.00 | |
| Posted | 10/4/2013 | Ck # 171 - Deposits | Brown Interiors | 6317Y01 & 6318Y01 | $ 475.00 | |
| Posted | 10/4/2013 | Ck # 2528 - Deposit | Nature Craft Marble | 5956M01 | $ 556.88 | |
| Posted | 10/4/2013 | Ck # 1202 - Deposit | Granite Kitchen | 5955M01 | $ 635.71 | |
| Posted | 10/4/2013 | Ck # 10679 - Invoice Payment | Nolan Construction | 5639F01 | $ 10,717.17 | $ 12,859.76 |
| Posted | 10/2/2013 | Account Transfer | Closed Cash Collateral Account | | $ 7.18 | $ 7.18 |
| Posted | 10/7/2013 | Ck # 3305 - Invoice Payment | BP Construction | 6309T01 | $ 1,854.00 | |
| Posted | 10/7/2013 | Ck # 9456 - Invoice Payment | Hollub Construction | 5813T04 & 5625E06 | $ 3,650.00 | $ 5,504.00 |
| Posted | 10/8/2013 | Credit Card - Deposit | Albano Residence | 6321T01 | $ 1,000.00 | $ 1,000.00 |
| Posted | 10/8/2013 | Ck # 2658 - Invoice Payment | Light Construction | 6306T01 | $ 649.36 | $ 649.36 |
| Posted | 10/9/2013 | Credit Card - Deposit | Hans Grewe | 6182T01 & T02 | $ 2,435.00 | |
| Posted | 10/9/2013 | Credit Card - Deposit | Kevin Green | 5958M01 | $ 557.22 | $ 2,992.22 |
| Posted | 10/10/2013 | Credit Card - Deposit | Peter Marble & Tile | 5954M01 | $ 1,527.20 | $ 1,527.20 |
| Posted | 10/11/2013 | Credit Card - Invoice Payment | Brown's Interior | 6190T01 & T02 | $ 2,275.00 | |
| Posted | 10/11/2013 | Credit Card - Deposit | Material Sale | 6265M01 | $ 141.38 | $ 2,416.38 |
| Posted | 10/14/2013 | Credit Card - Deposit | Paul Skidell | 6196T01 | $ 1,395.00 | |
| Posted | 10/14/2013 | Credit Card - Deposit | Ann Mares | 5959M01 | $ 1,663.67 | |
| Posted | 10/14/2013 | Credit Card - Deposit | Stevensen | 6191T01 | $ 2,900.00 | $ 5,958.67 |
| Posted | 10/15/2013 | Credit Card - Deposit | Ann Mares | 5959M01 | $ 2,313.53 | |
| Posted | 10/15/2013 | Credit Card - Invoice | Jernstone Construction | 4039M01 | $ 621.00 | |
| Posted | 10/15/2013 | Credit Card - Invoice | Jernstone Construction | 4819T01 | $ 575.00 | |
| Posted | 10/15/2013 | Credit Card - Invoice | Kitchens Baths & All that Jazz | 5951T01 | $ 1,915.50 | |
| Posted | 10/15/2013 | Credit Card - Invoice | Jernstone Construction | 5921T01 | $ 4,925.50 | $ 10,280.53 |
| Posted | 10/15/2013 | Ck # 7649 - Deposits | Siegel Resd | 6319T01 | $ 769.50 | |
| Posted | 10/15/2013 | Ck # 16620 - Invoice Payment | King Marble | 6322M01 | $ 2,953.84 | |
| Posted | 10/15/2013 | Ck # 7644 - Invoice Payment | Build Master | 6298T01 | $ 1,250.00 | |
| Posted | 10/15/2013 | Cash - Invoice Payment | Mr. Kitchen | 5870M01 | $ 250.00 | $ 5,223.34 |
| Posted | 10/16/2013 | Ck # 3337 - Invoice Payment | BP Construction | 5881T01 | $ 1,000.00 | |
| Posted | 10/16/2013 | Ck # 13502 - Invoice Payment | Interiors by Patrice | 5883T01 | $ 1,530.00 | |
| Posted | 10/16/2013 | Ck # 075797 - Invoice Payment | Lang Construction | 4297T01-5645T02-6188T01-5701T02 | $ 8,017.50 | $ 10,547.50 |
| Posted | 10/16/2013 | Credit Card - Deposit | Weiner Designer | 6320T01 | $ 900.00 | $ 900.00 |
| Posted | 10/17/2013 | Ck # 1789 - Deposit | Greenwood Carpentry | 6323M01 | $ 1,470.82 | |
| Posted | 10/17/2013 | Cash - Invoice Payment | Cheryl Bernard | 5960M01 | $ 26.50 | $ 1,497.32 |
| Posted | 10/18/2013 | Ck # 1528 - Invoice Payment | GM Construction | 6197T01 | $ 5,150.50 | $ 5,150.50 |
| Posted | 10/18/2013 | Ck # 74292 - Invoice Payment | Minto Communities | Various Invoices | $ 67,022.00 | |
| Posted | 10/18/2013 | Ck # 73483 - Invoice Payment | Minto Communities | Various Invoices | $ 9,167.00 | |
| Posted | 10/18/2013 | Cash - Invoice Payment | American Custom Marble | 5363M01 | $ 245.01 | |

$ 76,434.01

| Status | Date | Description | Vendor | Reference | Amount | Subtotal |
|---|---|---|---|---|---|---|
| Posted | 10/17/2013 | Credit Card - Deposit | Jemstone Construction | 5962M01 | $ 262.77 | |
| | | | | | | $ 262.77 |
| Posted | 10/21/2013 | Ck # 185 - Deposits & Invoice Payment | Brown's Interior | 5659T01 / 6317Y01 / 6318Y01 | $ 2,270.00 | |
| Posted | 10/21/2013 | Ck # 70100293 - Invoice Payment | Centerline | 5406R06 / 5412S01 | $ 3,818.00 | |
| Posted | 10/21/2013 | Ck # 5218 - Invoice Payment | Mark Timothy - Wheeler | 5267PT1 | $ 22,470.00 | |
| Posted | 10/21/2013 | Ck # 5219 - Invoice Payment | Mark Timothy - Wheeler | 5267PF3 | $ 14,458.45 | |
| | | | | | | $ 43,016.45 |
| Posted | 10/22/2013 | Ck # 194 - Invoice Payment | Richard Pfendler | 6326M01 | $ 2,897.63 | |
| | | | | | | $ 2,897.63 |
| Posted | 10/24/2013 | Ck # 6067 - Invoice Payment | Fink & Harding | 5961T01 | $ 2,835.00 | |
| Posted | 10/24/2013 | Ck # 3372 - Invoice Payment | BP Services | 5881T01 | $ 500.00 | |
| Posted | 10/24/2013 | Ck # 13730 - Deposit Payment | Gulfstream Pool | 5327T01 | $ 1,908.00 | |
| Posted | 10/24/2013 | Ck # 130945 - Invoice Payment | Woodfield CC | 3044T02 | $ 300.00 | |
| | | | | | | $ 5,543.00 |
| Posted | 10/24/2013 | Credit Card - Invoice Payments | Just Tile & Marble | 5678T02/T02/5762T01 | $ 1,800.00 | |
| | | | | | | $ 1,800.00 |
| Posted | 10/25/2013 | Ck # 5638 - Deposit | Titan Stone LLC | 6325M01 | $ 938.32 | |
| | | | | | | $ 938.32 |
| Posted | 10/25/2013 | Credit Card - Invoice Payments | Linda Smoll-Weiner Designer | 6320T01 | $ 1,736.00 | |
| | | | | | | $ 1,736.00 |
| Posted | 10/28/2013 | Ck # 70244153 - Invoice Payment | HTT | 5654S01 | $ 1,800.00 | |
| | | | | | | $ 1,800.00 |
| Posted | 10/29/2013 | Ck # 035533 - Invoice Payment | Brang Construction | 5045S01 | $ 375.00 | |
| Posted | 10/29/2013 | Ck # 075891 - Invoice Payment | Lang Construction | 6188T01 | $ 1,530.00 | |
| | | | | | | $ 1,905.00 |
| Posted | 10/31/2013 | Ck # 061427 - Invoice Payment | NMB Custom Homes | 5671T01 | $ 900.00 | |
| Posted | 10/31/2013 | Ck # 73932 - Invoice Payment | Minto Communities | Various Invoices | $ 17,366.00 | |
| Posted | 10/31/2013 | Ck # 73647 - Invoice Payment | Minto Communities | Various Invoices | $ 8,577.00 | |
| Posted | 10/31/2013 | Ck # 74571 - Invoice Payment | Minto Communities | Various Invoices | $ 5,168.00 | |
| | | | | | | $ 32,011.00 |
| Posted | 10/31/2013 | Credit Card - Invoice Payments | Jerry Rosenberg | 6078T01 | $ 723.46 | |
| | | | | | | $ 723.46 |
| Posted | 10/31/2013 | Credit Card - Invoice Payments | Casale - Material Sale | 6329M01 | $ 91.03 | |
| | | | | | | $ 91.03 |
| Posted | 11/4/2013 | Credit Card - Invoice Payments | Stuart & Shelby Development | 5940T01 | $ 10,586.20 | |
| | | | | | | $ 10,586.20 |
| Posted | 11/6/2013 | Credit Card - Deposit | Arthur Khantz | 6333M01 | $ 1,614.46 | |
| | | | | | | $ 1,614.46 |
| Posted | 11/4/2013 | Ck # 7677 - Invoice Payment | Terry Seitz Designs | 6319T01 | $ 769.50 | |
| Posted | 11/4/2013 | Ck # 3408 - Invoice Payment | BP Construction Services | 5881T01 | $ 500.00 | |
| Posted | 11/4/2013 | Ck # 2127 - Invoice Payment | Conch Custom Homes | 6663T01 | $ 4,261.50 | |
| Posted | 11/4/2013 | Ck # 09542 - Invoice Payment | Hollub Construction | Various Invoices | $ 2,496.00 | |
| Posted | 11/4/2013 | Ck # 4998 - Invoice Payment | Post & Beam, LLC | 5609T01 | $ 2,489.00 | |
| Posted | 11/4/2013 | Ck # 8427 - Invoice Payment | Robelen & Associates | 5657F01 | $ 1,500.00 | |
| Posted | 11/4/2013 | Ck # 8337 - Invoice Payment | Robelen & Associates | 5028S01 | $ 500.00 | |
| | | | | | | $ 12,516.00 |
| Posted | 11/5/2013 | Ck # 1004 - Invoice Payment | Robelen & Associates | 5904T07 / 5657S01 | $ 1,000.00 | |
| Posted | 11/5/2013 | Ck # 075939 - Invoice Payment | Lang Construction | 6188T02 | $ 500.00 | |
| | | | | | | $ 1,500.00 |
| Posted | 11/6/2013 | Ck # 16661 - Copier Payment | King Marble | King001 | $ 2,800.00 | |
| | | | | | | $ 2,800.00 |
| Posted | 11/7/2013 | Ck # 3266 - Invoice Payment | NMB Custom Homes & Renovations | 5626F03/5620T01/5620F01 | $ 6,097.92 | |
| | | | | | | $ 6,097.92 |
| Posted | 11/13/2013 | Credit Card - Deposit | Ning | 6334M1 | $ 2,398.49 | |
| | | | | | | $ 2,398.49 |
| Posted | 11/12/2013 | Ck # 123 - Invoice Payment | Douglas Borges | 6331M01 | $ 543.78 | |
| Posted | 11/12/2013 | Ck # 3437 - Invoice Payment | BP Construction Services | 5881T01 | $ 500.00 | |
| Posted | 11/12/2013 | Ck # 8671 - Deposit | Accurate Marble & Granite | 6336M01 | $ 1,536.00 | |
| Posted | 11/12/2013 | Ck # 10067 - Deposit | Gulfstream Pool | 6335T01 | $ 371.00 | |
| Posted | 11/12/2013 | Ck # 10067 - Invoice Payment | Seiam Homes | Various Invoices | $ 18,977.83 | |
| Posted | 11/12/2013 | Ck # 0041371037 - Insurance Refund | Auto-Owners Insurance | Audit Refund | $ 2,213.00 | |
| Posted | 11/12/2013 | Ck # 51803 - Invoice Payment | Mark Timothy | 6151PF2 | $ 16,863.00 | |
| Posted | 11/12/2013 | Ck # 51804 - Invoice Payment | Mark Timothy | 5780PT1 | $ 26,773.00 | |
| | | | | | | $ 67,571.61 |
| Posted | 11/13/2013 | Ck # 075964 - Invoice Payment | Lang Construction | 6188T03 & 6186T01 | $ 2,837.50 | |
| | | | | | | $ 2,537.50 |
| Posted | 11/14/2013 | Ck # 2306 - Deposit | Jie Jin | 6336T01 | $ 4,648.10 | |
| Posted | 11/14/2013 | Ck # 1132 - Deposit | Max Marble | 6328M01 | $ 654.44 | |
| | | | | | | $ 5,302.54 |
| Posted | 11/15/2013 | Credit Card - Deposit | Material Sale - Anne | 6338T01 | $ 1,272.61 | |
| Posted | 11/15/2013 | Credit Card - Deposit | Kingstone Granite | 6337T01 | $ 517.42 | |
| | | | | | | $ 1,790.03 |

Total Credits: $ 485,031.40

**DEBITS - Checks / ATM Charges:**

| DATE | CHECK # | VENDOR | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 9/23/2013 | ACH | Sun Gas | Vehicle Gas | $ 69.66 |
| 9/23/2013 | ACH | Shoreline Flooring | Manufacturing Supplies | $ 9.60 |
| 9/23/2013 | ACH | Valero Gas | Vehicle Gas | $ 23.41 |
| 9/23/2013 | ACH | Valero Gas | Vehicle Gas | $ 30.00 |
| 9/23/2013 | ACH | Murphy Gas | Vehicle Gas | $ 42.15 |
| 9/23/2013 | ACH | Shell Gas | Vehicle Gas | $ 47.79 |
| 9/23/2013 | ACH | Valero Gas | Vehicle Gas | $ 52.30 |
| 9/23/2013 | ACH | Valero Gas | Vehicle Gas | $ 56.90 |
| 9/23/2013 | ACH | Valero Gas | Vehicle Gas | $ 59.97 |
| 9/23/2013 | ACH | Exxon | Vehicle Gas | $ 66.73 |
| 9/23/2013 | ACH | Sun Gas | Vehicle Gas | $ 69.66 |
| 9/23/2013 | ACH | Valero Gas | Vehicle Gas | $ 85.00 |
| 9/23/2013 | ACH | Valero Gas | Vehicle Gas | $ 85.92 |
| 9/23/2013 | ACH | Chevron | Vehicle Gas | $ 100.00 |
| 9/23/2013 | ACH | Chevron | Vehicle Gas | $ 100.00 |
| 9/23/2013 | ACH | Bedrosians | Manufacturing Supplies | $ 241.98 |

| Date | Ref | Payee | Category | Amount |
|---|---|---|---|---|
| 9/24/2013 | 1546 | Home Depot | Plywood | $ 190.65 |
| 9/24/2013 | ACH | InternalTax Service | Fax Line | $ 6.95 |
| 9/24/2013 | ACH | OOMA | Phone Charge | $ 24.67 |
| 9/24/2013 | 1547 | MS International | PO # 19037 | $ 3,828.00 |
| 9/26/2013 | ACH | Shell Service Station | Vehicle Gas | $ 90.00 |
| 9/26/2013 | ACH | Shell Service Station | Vehicle Gas | $ 80.18 |
| 9/26/2013 | ACH | Valero Gas | Vehicle Gas | $ 56.40 |
| 9/26/2013 | ACH | Marathon Gas | Vehicle Gas | $ 51.32 |
| 9/26/2013 | ACH | Shell Service Station | Vehicle Gas | $ 47.83 |
| 9/27/2013 | 1548 | A1 General Services, Inc | Tops Subcontractor | $ 769.23 |
| 9/27/2013 | 1549 | A.J. Anderson Trucking | Sand for jobs | $ 318.00 |
| 9/27/2013 | 1550 | Allstate Flooring Consultants | Sales Subcontractor | $ 865.39 |
| 9/27/2013 | 1551 | All Stone Services, Inc. | Tops Subcontractor | $ 700.00 |
| 9/27/2013 | 1552 | Americas Tile & Marble | Manufacturing Supplies | $ 227.50 |
| 9/27/2013 | 1553 | Auto-Owners Insurance | Insurance | $ 1,503.00 |
| 9/27/2013 | 1554 | Cingular/AT&T Mobility | Telephone | $ 1,806.49 |
| 9/27/2013 | 1555 | Citizen's Property Insurance | Insurance | $ 1,230.00 |
| 9/27/2013 | 1556 | Cement | Utility | $ 110.50 |
| 9/27/2013 | 1557 | Corporate Mgmnt Consultants | Accounting Subcontractor | $ 1,442.30 |
| 9/27/2013 | 1558 | ENTERPRISE FLEET SERVICES | Vehicle | $ 1,467.00 |
| 9/27/2013 | 1559 | FASB Services Corp | Flooring Subcontractor | $ 4,645.00 |
| 9/27/2013 | 1560 | FIT Stone LLC | Tops Subcontractor | $ 1,500.00 |
| 9/27/2013 | 1561 | FLORIDA POWER & LIGHT | Utility | $ 2,909.43 |
| 9/27/2013 | 1562 | Jed Tile 7 Marble Installation | Flooring Subcontractor | $ 550.50 |
| 9/27/2013 | 1563 | Jose Martin Ramirez Salinas | Flooring Subcontractor | $ 2,255.00 |
| 9/27/2013 | 1564 | Kinetic VOIP | Telephone | $ 185.00 |
| 9/27/2013 | 1565 | Mircea D Tagui Inc. | Flooring Subcontractor | $ 1,560.00 |
| 9/27/2013 | 1566 | PCI General Services Inc | Maintenance Subcontractor | $ 945.00 |
| 9/27/2013 | 1567 | PROGRESSIVE | Insurance | $ 1,152.60 |
| 9/27/2013 | 1568 | Southern Waste Systems - SWS | Utility | $ 655.04 |
| 9/28/2013 | 1569 | Office Depot | Office Supplies | $ 97.49 |
| 9/27/2013 | ACCOUNT TRANSFER | Into Payroll Account | | $ 27,500.00 |
| 9/27/2013 | ACCOUNT TRANSFER | Into Payroll Tax Account | | $ 8,350.00 |
| 9/27/2013 | ACH | Valero Gas | Vehicle | $ 46.78 |
| 9/30/2013 | 1570 | S.T. Green | Lawn Service | $ 350.00 |
| 9/30/2013 | 1571 | MARBLE OF THE WORLD | Manufacturing Supplies | $ 3,135.88 |
| 9/30/2013 | 1572 | *** VOID CHECK *** | | $ - |
| 9/30/2013 | 1573 | OMICRON SUPPLIES, LLC | Manufacturing Supplies | $ 1,691.00 |
| 9/30/2013 | 1574 | CaesarStone Florida | Manufacturing Supplies | $ 1,897.90 |
| 9/30/2013 | 1574 | CaesarStone Florida - VOIDED | Manufacturing Supplies | $ (1,897.90) |
| 9/30/2013 | 92913 | TD Bank - Debit Card | Vehicle | $ 16.59 |
| 9/30/2013 | 92923 | TD Bank - Debit Card | Vehicle | $ 30.95 |
| 9/30/2013 | 92933 | TD Bank - Debit Card | Vehicle | $ 32.32 |
| 9/30/2013 | 93013 | TD Bank - Debit Card | Vehicle | $ 36.98 |
| 9/30/2013 | 93023 | TD Bank - Debit Card | Vehicle | $ 37.96 |
| 9/30/2013 | 93033 | TD Bank - Debit Card | Vehicle | $ 39.19 |
| 9/30/2013 | 93043 | TD Bank - Debit Card | Manufacturing Supplies | $ 42.30 |
| 9/30/2013 | 93053 | TD Bank - Debit Card | Vehicle | $ 45.00 |
| 9/30/2013 | 93063 | TD Bank - Debit Card | Vehicle | $ 56.39 |
| 9/30/2013 | 93073 | TD Bank - Debit Card | Vehicle | $ 70.00 |
| 9/30/2013 | 93083 | AAA TOOL & SUPPLY, INC. | Manufacturing Supplies | $ 703.65 |
| 9/30/2013 | 93093 | GRAN QUARTZ TRADING | Manufacturing Supplies | $ 3,411.96 |
| 10/1/2013 | 100113 | ALRO GROUP | Manufacturing Supplies | $ 592.70 |
| 10/1/2013 | 100123 | TD Bank - Debit Card | Vehicle | $ 59.47 |
| 10/1/2013 | 1343 - VOIDED | AAA TOOL & SUPPLY, INC | VOIDED old Check | $ (993.22) |
| 10/1/2013 | 1344 - VOIDED | ADT's | VOIDED old Check | $ (35.00) |
| 10/2/2013 | 1575 | METAL SUPPLY & MACHINING | Manufacturing Supplies | $ 795.00 |
| 10/2/2013 | 100213 | GRAN QUARTZ TRADING | Manufacturing Supplies | $ 99.75 |
| 10/2/2013 | 100223 | TD Bank - Debit Card | Vehicle | $ 74.00 |
| 10/2/2013 | 100233 | TD Bank - Debit Card | Vehicle | $ 66.18 |
| 10/2/2013 | 100243 | TD Bank - Debit Card | Vehicle | $ 62.56 |
| 10/2/2013 | 100253 | TD Bank - Debit Card | Vehicle | $ 44.39 |
| 10/3/2013 | 100313 | Rapid Refill | Office Supplies | $ 77.37 |
| 10/3/2013 | 100323 | TD Bank - Debit Card | Vehicle | $ 90.00 |
| 10/3/2013 | 100333 | TD Bank - Debit Card | Vehicle | $ 70.02 |
| 10/3/2013 | 100343 | TD Bank - Debit Card | Vehicle | $ 53.03 |
| 10/3/2013 | 100353 | TD Bank - Debit Card | Vehicle | $ 30.00 |
| 10/3/2013 | 100363 | BANK OF AMERICA c/c processing | C/C Processing Fees | $ 4,505.03 |
| 10/4/2013 | 1576 | A1 General Services, Inc. | Tops Subcontractor | $ 769.23 |
| 10/4/2013 | 1577 | Allstate Flooring Consultants | Sales Subcontractor | $ 1,165.39 |
| 10/4/2013 | 1578 | Ali Stone Services, Inc. | Tops Subcontractor | $ 700.00 |
| 10/4/2013 | 1579 | Americas Tile & Marble | Manufacturing Supplies | $ 3,458.27 |
| 10/4/2013 | 1580 | Corporate Mgmnt Consultants | Accounting Subcontractor | $ 1,442.30 |
| 10/4/2013 | 1581 | FASB Services Corp. | Flooring Subcontractor | $ 3,150.00 |
| 10/4/2013 | 1582 | FIT Stone LLC | Tops Subcontractor | $ 625.00 |
| 10/4/2013 | 1583 | Jose Martin Ramirez Salinas | Flooring Subcontractor | $ 2,300.00 |
| 10/4/2013 | 1584 | Michigan Commercial Ins Mutual | Worker's Compensation | $ 6,930.44 |
| 10/4/2013 | 1585 | Mircea D Tagui Inc | Flooring Subcontractor | $ 1,320.00 |
| 10/4/2013 | 1586 | PCI General Services Inc | Maintenance Subcontractor | $ 945.00 |
| 10/4/2013 | 1587 | SAXON BUSINESS SYSTEM | Office Supplies | $ 29.90 |
| 10/4/2013 | 1588 | Sunshine Marble Inc. | Flooring Subcontractor | $ 650.00 |
| 10/4/2013 | 1589 | ROBERT CASE | Rent | $ 4,792.50 |
| 10/2/2013 | ACCOUNT TRANSFER | Into Sales Tax Account | | $ 5,120.00 |
| 10/2/2013 | ACCOUNT TRANSFER | Into Payroll Tax Account | | $ 2,000.00 |
| 10/2/2013 | ACCOUNT TRANSFER | Into Payroll Tax Account | | $ 380.00 |
| 10/4/2013 | ACCOUNT TRANSFER | Into Payroll Account | | $ 25,000.00 |
| 10/4/2013 | ACCOUNT TRANSFER | Into Payroll Tax Account | | $ 7,000.00 |
| 10/4/2013 | 100413 | TD Bank - Debit Card - Home Depot | Manufacturing Supplies | $ 190.65 |
| 10/4/2013 | 100423 | TD Bank - Debit Card | Vehicle | $ 54.01 |
| 10/4/2013 | 100443 | TD Bank - Debit Card | Vehicle | $ 50.00 |
| 10/4/2013 | 100453 | TD Bank - Debit Card | Vehicle | $ 46.03 |
| 10/4/2013 | 100463 | TD Bank - Debit Card | Vehicle | $ 40.00 |
| 10/4/2013 | 100463 | TD Bank - Debit Card | Vehicle | $ 34.71 |
| 10/5/2013 | 1590 | Tiles by Matthew | Manufacturing Supplies | $ 54.00 |
| 10/5/2013 | 1591 | Antico Stone | Manufacturing Supplies | $ 63.07 |
| 10/10/2013 | 1592 | Tax Collector, Palm Beach Cnty | Tangible Property Taxes - Palm Beach | $ 17,207.30 |
| 10/11/2013 | 1593 | A1 General Services, Inc. | Tops Subcontractor | $ 769.23 |
| 10/11/2013 | 1594 | Allstate Flooring Consultants | Sales Subcontractor | $ 865.39 |
| 10/11/2013 | 1595 | All Stone Services, Inc. | Tops Subcontractor | $ 700.00 |
| 10/11/2013 | 1596 | Corporate Mgmnt Consultants | Accounting Subcontractor | $ 1,442.30 |
| 10/11/2013 | 1597 | FASB Services Corp | Flooring Subcontractor | $ 1,350.00 |
| 10/11/2013 | 1598 | FIT Stone LLC | Tops Subcontractor | $ 629.20 |
| 10/11/2013 | 1599 | Jose Martin Ramirez Salinas | Flooring Subcontractor | $ 3,300.00 |
| 10/11/2013 | 1600 | Mircea D Tagui Inc. | Flooring Subcontractor | $ 1,100.00 |
| 10/11/2013 | 1601 | PCI General Services Inc | Maintenance Subcontractor | $ 945.00 |
| 10/11/2013 | 1602 | Southern Waste Systems - SWS | Utility | $ 1,153.69 |
| 10/11/2013 | 1603 | Zurich North America | Insurance | $ 6,282.26 |
| 10/11/2013 | 1604 | BENNETT AUTO SUPPLY | Vehicle | $ 170.20 |
| 10/7/2013 | 100683 | Google Services | Office | $ 105.00 |
| 10/7/2013 | 100693 | TD Bank - Debit Card | Meals - Dunkin Donuts | $ 14.60 |
| 10/7/2013 | 100713 | SUNPASS | Vehicle | $ 100.00 |
| 10/7/2013 | 100723 | TD Bank - Debit Card | Vehicle | $ 93.75 |
| 10/7/2013 | 100733 | TD Bank - Debit Card | Vehicle | $ 64.77 |
| 10/7/2013 | 100743 | TD Bank - Debit Card | Vehicle | $ 60.33 |
| 10/7/2013 | 100753 | TD Bank - Debit Card | Vehicle | $ 44.72 |
| 10/7/2013 | 100763 | TD Bank - Debit Card | Vehicle | $ 39.44 |
| 10/7/2013 | 100773 | TD Bank - Debit Card | Vehicle | $ 38.57 |

| Date | Check # | Payee | Category | Amount |
|---|---|---|---|---|
| 10/7/2013 | 100783 | TD Bank - Debit Card | Vehicle | $ 25.00 |
| 10/7/2013 | 100793 | TD Bank - Debit Card | Vehicle | $ 24.54 |
| 10/8/2013 | 100813 | TD Bank - Debit Card | Vehicle | $ 71.94 |
| 10/8/2013 | 100823 | TD Bank - Debit Card | Meals - Dunkin Donuts | $ 20.97 |
| 10/10/2013 | 101013 | D & B TILE DISTRIBUTORS | Manufacturing Supplies | $ 264.68 |
| 10/10/2013 | 101023 | TD Bank - Debit Card | Vehicle | $ 76.23 |
| 10/10/2013 | 101033 | TD Bank - Debit Card | Vehicle | $ 75.94 |
| 10/10/2013 | 101043 | TD Bank - Debit Card | Vehicle | $ 66.91 |
| 10/10/2013 | 101053 | TD Bank - Debit Card | Vehicle | $ 60.00 |
| 10/10/2013 | 101063 | TD Bank - Debit Card | Vehicle | $ 50.00 |
| 10/10/2013 | 101073 | TD Bank - Debit Card | Vehicle | $ 32.76 |
| 10/11/2013 | 101113 | OOMA Inc | Office | $ 24.74 |
| 10/11/2013 | 101123 | HOME DEPOT CRC | Manufacturing Supplies | $ 20.31 |
| 10/4/2013 | ACCOUNT TRANSFER | Into Payroll Account | | $ 19,000.00 |
| 10/4/2013 | ACCOUNT TRANSFER | Into Payroll Tax Account | | $ 5,050.00 |
| 10/15/2013 | 1605 | *** VOID CHECK *** | | $ - |
| 10/15/2013 | 1606 | Hedrick Auto Care | Vehicle | $ 295.78 |
| 10/17/2013 | 1607 | Factory Direct | Manufacturing Supplies | $ 146.28 |
| 10/18/2013 | 1608 | CaesarStone Florida | Replacement os for 1574 | $ 1,897.90 |
| 10/18/2013 | 1609 | A1 General Services, Inc. | Tops Subcontractor | $ 769.23 |
| 10/18/2013 | 1610 | AAA Advanced M USA | Repairs & Maintenance (machine) | $ 2,031.00 |
| 10/18/2013 | 1611 | Allstate Flooring Consultants | Sales Subcontractor | $ 865.39 |
| 10/18/2013 | 1612 | All Stone Services, Inc. | Tops Subcontractor | $ 700.00 |
| 10/18/2013 | 1613 | AMERIGAS-WEST PALM BEACH | Utility | $ 407.99 |
| 10/18/2013 | 1614 | Americas Tile & Marble | Manufacturing Supplies | $ 45.35 |
| 10/18/2013 | 1615 | Cingular/AT&T Mobility | Telephone | $ 1,846.31 |
| 10/18/2013 | 1616 | CITY OF DELRAY BEACH | Utility | $ 279.79 |
| 10/18/2013 | 1617 | Corporate Mgmnt Consultants | Accounting Subcontractor | $ 1,442.30 |
| 10/18/2013 | 1618 | ENTERPRISE FLEET SERVICES | Vehicle | $ 1,467.00 |
| 10/18/2013 | 1619 | FASB Services Corp | Flooring Subcontractor | $ 4,900.00 |
| 10/18/2013 | 1620 | FIT Stone LLC | Tops Subcontractor | $ 462.28 |
| 10/18/2013 | 1621 | Jose Martin Ramirez Salinas | Flooring Subcontractor | $ 4,825.00 |
| 10/18/2013 | 1622 | Mada Flooring Services, LLC | Flooring Subcontractor | $ 1,100.00 |
| 10/18/2013 | 1623 | Mircea D Tagui Inc. | Flooring Subcontractor | $ 1,100.00 |
| 10/18/2013 | 1624 | PC1 General Services Inc | Maintenance Subcontractor | $ 945.00 |
| 10/18/2013 | 1625 | SAXON BUSINESS SYSTEM | Office Supplies | $ 418.54 |
| 10/18/2013 | 1626 | Southern Waste Systems - SWS | Utility | $ 911.86 |
| 10/18/2013 | 1627 | Sunshine Marble Inc | Flooring Subcontractor | $ 2,700.00 |
| 10/15/2013 | 101513 | TD Bank - Debit Card | Vehicle | $ 39.00 |
| 10/15/2013 | 101523 | TD Bank - Debit Card | Vehicle | $ 40.00 |
| 10/15/2013 | 101533 | TD Bank - Debit Card | Vehicle | $ 45.00 |
| 10/15/2013 | 101543 | TD Bank - Debit Card | Vehicle | $ 51.18 |
| 10/15/2013 | 101553 | TD Bank - Debit Card | Vehicle | $ 56.76 |
| 10/15/2013 | 101563 | TD Bank - Debit Card | Vehicle | $ 60.91 |
| 10/15/2013 | 101573 | Home Depot | Manufacturing Supplies | $ 92.18 |
| 10/15/2013 | 101583 | Plansswift | Office | $ 79.00 |
| 10/16/2013 | 101613 | TD Bank - Debit Card | Vehicle | $ 90.00 |
| 10/16/2013 | 101623 | TD Bank - Debit Card | Vehicle | $ 62.71 |
| 10/16/2013 | 101633 | TD Bank - Debit Card | Vehicle | $ 25.00 |
| 10/16/2013 | 101643 | TD Bank - Debit Card | Vehicle | $ 23.56 |
| 10/17/2013 | 101713 | TD Bank - Debit Card | Vehicle | $ 110.53 |
| 10/17/2013 | 101723 | TD Bank - Debit Card | Vehicle | $ 53.10 |
| 10/17/2013 | 101733 | TD Bank - Debit Card | Vehicle | $ 37.19 |
| 10/18/2013 | 101813 | TD Bank - Debit Card | Vehicle | $ 71.70 |
| 10/18/2013 | 101823 | TD Bank - Debit Card | Vehicle | $ 48.75 |
| 10/18/2013 | 101833 | TD Bank - Debit Card | Vehicle | $ 38.67 |
| 10/18/2013 | ACCOUNT TRANSFER | Into Payroll Account | | $ 17,500.00 |
| 10/18/2013 | ACCOUNT TRANSFER | Into Payroll Tax Account | | $ 4,800.00 |
| 10/21/2013 | 1628 | Boane Associates as Receiver | Receiver Payment | $ 56,000.00 |
| 10/22/2013 | 1629 | S.T. Green | Repairs & Maintenance (lawn) | $ 350.00 |
| 10/23/2013 | 1630 | Mark Timothy, Inc | Customer Refund Check | $ 2,626.00 |
| 10/24/2013 | 1631 | Allstate Flooring Consultants | Sales Subcontractor | $ 9,585.00 |
| 10/25/2013 | 1632 | A1 General Services, Inc. | Tops Subcontractor | $ 769.23 |
| 10/25/2013 | 1633 | Allstate Flooring Consultants | Sales Subcontractor | $ 865.39 |
| 10/25/2013 | 1634 | All Stone Services, Inc. | Tops Subcontractor | $ 700.00 |
| 10/25/2013 | 1635 | Auto-Owners Insurance | Insurance | $ 1,503.00 |
| 10/25/2013 | 1636 | Comcast | Telephone (Internet) | $ 110.50 |
| 10/25/2013 | 1637 | Corporate Mgmnt Consultants | Accounting Subcontractor | $ 1,442.30 |
| 10/25/2013 | 1638 | FASB Services Corp | Flooring Subcontractor | $ 1,750.00 |
| 10/25/2013 | 1639 | FIT Stone LLC | Tops Subcontractor | $ 668.36 |
| 10/25/2013 | 1640 | FLORIDA POWER & LIGHT | Utility | $ 2,534.90 |
| 10/25/2013 | 1641 | Hedrick Auto Care | Vehicle Repairs | $ 55.00 |
| 10/25/2013 | 1642 | Jose Martin Ramirez Salinas | Flooring Subcontractor | $ 3,350.00 |
| 10/25/2013 | 1643 | Kinetic VOIP | Telephone | $ 186.27 |
| 10/25/2013 | 1644 | Mada Flooring Services, LLC | Flooring Subcontractor | $ 1,150.00 |
| 10/25/2013 | 1645 | Mircea D Tagui Inc | Flooring Subcontractor | $ 950.00 |
| 10/25/2013 | 1646 | PC1 General Services Inc | Maintenance Subcontractor | $ 945.00 |
| 10/25/2013 | 1647 | Progressive | Insurance | $ 1,152.60 |
| 10/25/2013 | 1648 | Southern Waste Systems - SWS | Utility | $ 376.67 |
| 10/25/2013 | 1649 | Triton Stone of Fort Myers | Manufacturing Supplies | $ 175.00 |
| 10/21/2013 | 102113 | Shoreline Flooring Supplies | Manufacturing Supplies | $ 10.97 |
| 10/21/2013 | 102123 | Tree Kingdom #6 | Vehicle | $ 21.19 |
| 10/21/2013 | 102133 | The Check Depot | Office Supplies | $ 31.92 |
| 10/21/2013 | 102143 | HOME DEPOT CRC | Manufacturing Supplies | $ 48.70 |
| 10/21/2013 | 102153 | TD Bank - Debit Card | Vehicle | $ 43.26 |
| 10/21/2013 | 102163 | TD Bank - Debit Card | Vehicle | $ 54.01 |
| 10/21/2013 | 102173 | TD Bank - Debit Card | Vehicle | $ 56.44 |
| 10/21/2013 | 102183 | TD Bank - Debit Card | Vehicle | $ 90.00 |
| 10/21/2013 | 102193 | D & B TILE DISTRIBUTORS | Manufacturing Supplies | $ 223.65 |
| 10/22/2013 | 102213 | TD Bank - Debit Card | Vehicle | $ 56.37 |
| 10/23/2013 | 102313 | BENNETT AUTO SUPPLY | Vehicle Repairs | $ 96.05 |
| 10/23/2013 | 102323 | TD Bank - Debit Card | Vehicle | $ 79.78 |
| 10/23/2013 | 102333 | TD Bank - Debit Card | Vehicle | $ 55.66 |
| 10/23/2013 | 102343 | TD Bank - Debit Card | Vehicle | $ 54.43 |
| 10/23/2013 | 102353 | TD Bank - Debit Card | Vehicle | $ 46.26 |
| 10/24/2013 | 102413 | TD Bank - Debit Card | Vehicle | $ 108.00 |
| 10/24/2013 | 102423 | TD Bank - Debit Card | Office Supplies | $ 6.95 |
| 10/24/2013 | 102433 | TD Bank - Debit Card | Manufacturing Supplies | $ 29.64 |
| 10/25/2013 | 102513 | TD Bank - Debit Card | Vehicle | $ 80.81 |
| 10/25/2013 | 102523 | TD Bank - Debit Card | Vehicle | $ 57.26 |
| 10/25/2013 | 102533 | TD Bank - Debit Card | Vehicle | $ 41.96 |
| 10/25/2013 | 102543 | TD Bank - Debit Card | Vehicle | $ 33.40 |
| 10/25/2013 | ACCOUNT TRANSFER | Into Payroll Account | | $ 21,000.00 |
| 10/25/2013 | ACCOUNT TRANSFER | Into Payroll Tax Account | | $ 6,350.00 |
| 10/31/2013 | 1650 | AAA Advanced M USA | Repairs & Maintenance (machine) | $ 300.00 |
| 10/31/2013 | 1651 | Allstate Flooring Consultants | Sales - Subcontractor | $ 865.39 |
| 10/31/2013 | 1652 | All Stone Services, Inc | Tops Subcontractor | $ 700.00 |
| 10/31/2013 | 1653 | Americas Tile & Marble | Manufacturing Supplies | $ 85.31 |
| 10/31/2013 | 1654 | ROBERT CASE | Rent | $ 4,792.50 |
| 10/31/2013 | 1655 | Corporate Mgmnt Consultants | Accounting Subcontractor | $ 1,442.30 |
| 10/31/2013 | 1656 | FASB Services Corp | Flooring Subcontractor | $ 2,800.00 |
| 10/31/2013 | 1657 | FIT Stone LLC | Tops Subcontractor | $ 237.08 |
| 10/31/2013 | 1658 | Jose Martin Ramirez Salinas | Flooring Subcontractor | $ 4,000.00 |
| 10/31/2013 | 1659 | Mircea D Tagui Inc | Flooring Subcontractor | $ 1,100.00 |
| 10/31/2013 | 1660 | PC1 General Services Inc | Maintenance Subcontractor | $ 945.00 |
| 11/1/2013 | 109153 | BENNETT AUTO SUPPLY | Vehicle | $ 38.15 |
| 10/28/2013 | 102813 | Shoreline Flooring Supplies | Manufacturing Supplies | $ 123.73 |

| Date | Ref | Payee | Category | Amount |
|---|---|---|---|---|
| 10/28/2013 | 102823 | TD Bank - Debit Card | Vehicle | $ 90.00 |
| 10/28/2013 | 102833 | TD Bank - Debit Card | Vehicle | $ 43.19 |
| 10/28/2013 | 102843 | TD Bank - Debit Card | Vehicle | $ 21.26 |
| 10/28/2013 | 102853 | D & B TILE DISTRIBUTORS | Manufacturing Supplies | $ 91.53 |
| 10/28/2013 | 102863 | D & B TILE DISTRIBUTORS | Manufacturing Supplies | $ 46.58 |
| 10/28/2013 | 102873 | DAL TILE | Manufacturing Supplies | $ 66.51 |
| 10/30/2013 | 103013 | TD Bank - Debit Card | Vehicle | $ 27.26 |
| 10/31/2013 | 103113 | TD Bank - Debit Card | Vehicle | $ 52.94 |
| 10/31/2013 | 103123 | TD Bank - Debit Card | Vehicle | $ 83.25 |
| 10/31/2013 | 103133 | TD Bank - Debit Card | Vehicle | $ 88.74 |
| 10/31/2013 | 103143 | TD Bank - Debit Card | Vehicle | $ 89.10 |
| 10/31/2013 | 103153 | Shoreline Flooring Supplies | Manufacturing Supplies | $ 66.00 |
|  | ACCOUNT TRANSFER | Into Payroll Account |  | $ 13,500.00 |
|  | ACCOUNT TRANSFER | Into Payroll Tax Account |  | $ 3,600.00 |
| 11/1/2013 | 110113 | GRAN QUARTZ TRADING | Manufacturing Supplies | $ 278.82 |
| 11/1/2013 | 110123 | TD Bank - Debit Card | Vehicle | $ 75.00 |
| 11/1/2013 | 110133 | TD Bank - Debit Card | Vehicle | $ 56.73 |
| 11/1/2013 | 110143 | TD Bank - Debit Card | Vehicle | $ 55.00 |
| 11/4/2013 | 1661 | Beane Associates as Receiver | Receiver Payment | $ 15,000.00 |
| 11/4/2013 | 1662 | ENTERPRISE FLEET MGMT EXCHANGE | Vehicle Buy Out | $ 6,397.61 |
| 11/4/2013 | 1663 | ROBERT CASE | Rent - Taxes | $ 3,200.00 |
| 11/6/2013 | 1664 | GE Capital | Copier Machine - Buy Out | $ 1,524.60 |
| 11/6/2013 | 1665 | HOME DEPOT CRC | Manufacturing Supplies | $ 92.13 |
| 11/8/2013 | 1666 | AJ General Services, Inc. | Tops Subcontractor | $ 160.00 |
| 11/8/2013 | 1667 | Allstate Flooring Consultants | Sales Subcontractor | $ 865.39 |
| 11/8/2013 | 1668 | Corporate Mgmnt Consultants | Accounting Subcontractor | $ 1,442.30 |
| 11/8/2013 | 1669 | FASB Services Corp. | Flooring Subcontractor | $ 2,400.00 |
| 11/8/2013 | 1670 | FEDERAL EXPRESS CORPORATION | Postage | $ 35.42 |
| 11/8/2013 | 1671 | Jed Tile 7 Marble installation | Flooring Subcontractor | $ 1,250.00 |
| 11/8/2013 | 1672 | Jose Martin Ramirez Salinas | Flooring Subcontractor | $ 2,300.00 |
| 11/8/2013 | 1673 | Michigan Commercial Ins Mutual | Worker's Compensation | $ 4,982.81 |
| 11/8/2013 | 1674 | Mircea D Tagui Inc. | Flooring Subcontractor | $ 1,100.00 |
| 11/8/2013 | 1675 | PCI General Services Inc | Maintenance Subcontractor | $ 945.00 |
| 11/8/2013 | 1676 | Sunshine Marble Inc. | Flooring Subcontractor | $ 1,800.00 |
| 11/4/2013 | 110413 | TD Bank - Debit Card | Vehicle | $ 50.00 |
| 11/4/2013 | 110423 | TD Bank - Debit Card | Vehicle | $ 51.22 |
| 11/4/2013 | 110433 | TD Bank - Debit Card | Vehicle | $ 53.94 |
| 11/4/2013 | 110443 | FACTORY DIRECT DIST | Manufacturing Supplies | $ 73.14 |
| 11/4/2013 | 110453 | SUNPASS | Vehicle | $ 165.00 |
| 11/4/2013 | 110463 | BANK OF AMERICA c/c processing | Credit Card Processing | $ 2,030.68 |
| 11/6/2013 | 110613 | TD Bank - Debit Card | Vehicle | $ 90.00 |
| 11/6/2013 | 110623 | TD Bank - Debit Card | Vehicle | $ 75.63 |
| 11/6/2013 | 110633 | TD Bank - Debit Card | Vehicle | $ 60.00 |
| 11/6/2013 | 110643 | TD Bank - Debit Card | Vehicle | $ 50.88 |
| 11/6/2013 | 110653 | TD Bank - Debit Card | Vehicle | $ 45.94 |
| 11/7/2013 | 110713 | TD Bank - Debit Card | Vehicle | $ 71.76 |
| 11/7/2013 | 110723 | TD Bank - Debit Card | Vehicle | $ 57.44 |
| 11/7/2013 | 110733 | TD Bank - Debit Card | Vehicle | $ 50.00 |
| 11/7/2013 | 110743 | TD Bank - Debit Card | Vehicle | $ 42.43 |
| 11/8/2013 | 110783 | HOME DEPOT CRC | Repairs & Maintenance | $ 325.00 |
| 11/8/2013 | 110793 | HOME DEPOT CRC | Repairs & Maintenance | $ 235.13 |
| 11/8/2013 | 110813 | TD Bank - Debit Card | Vehicle | $ 10.59 |
| 11/8/2013 | 110823 | TD Bank - Debit Card | Vehicle | $ 51.78 |
| 11/8/2013 | 110833 | Google Services | Office Supplies | $ 89.50 |
| 11/8/2013 | 110843 | TD Bank - Debit Card | Vehicle | $ 90.69 |
| 11/8/2013 | 110853 | TD Bank - Debit Card | Vehicle | $ 94.88 |
| 11/8/2013 | 110863 | Shoreline Flooring Supplies | Manufacturing Supplies | $ 53.71 |
| 11/8/2013 | 110873 | Shoreline Flooring Supplies | Manufacturing Supplies | $ 86.64 |
| 11/8/2013 | 110883 | Shoreline Flooring Supplies | Manufacturing Supplies | $ 951.69 |
| 11/8/2013 | 110893 | HOME DEPOT CRC | Repairs & Maintenance | $ 180.95 |
| 11/8/2013 | ACCOUNT TRANSFER | Into Payroll Account |  | $ 11,500.00 |
| 11/8/2013 | ACCOUNT TRANSFER | Into Payroll Tax Account |  | $ 3,150.00 |
| 1677 | 11/15/2013 | AMERIGAS-WEST PALM BEACH | Utility | $ 263.60 |
| 1678 | 11/15/2013 | Americas Tile & Marble | Manufacturing Supplies | $ 49.25 |
| 1679 | 11/15/2013 | CITY OF DELRAY BEACH | Utility | $ 367.07 |
| 1680 | 11/15/2013 | Corporate Mgmnt Consultants | Accounting Subcontractor | $ 1,442.30 |
| 1681 | 11/15/2013 | Enterprise FM Trust | Vehicle | $ 1,467.00 |
| 1682 | 11/15/2013 | FASB Services Corp | Flooring Subcontractor | $ 1,450.00 |
| 1683 | 11/15/2013 | Jed Tile 7 Marble Installation | Flooring Subcontractor | $ 1,800.00 |
| 1684 | 11/15/2013 | Jose Martin Ramirez Salinas | Flooring Subcontractor | $ 2,550.00 |
| 1685 | 11/15/2013 | Mircea D Tagui Inc | Flooring Subcontractor | $ 1,320.00 |
| 1686 | 11/15/2013 | PCI General Services Inc | Maintenance Subcontractor | $ 945.00 |
| 1687 | 11/15/2013 | SAXON BUSINESS SYSTEM | Office | $ 213.11 |
| 1688 | 11/15/2013 | Southern Waste Systems - SWS | Utility | $ 806.89 |
| 1689 | 11/15/2013 | Sunshine Marble Inc. | Flooring Subcontractor | $ 700.00 |
| 111213 | 11/12/2013 | TD Bank - Debit Card | Vehicle | $ 57.26 |
| 111223 | 11/12/2013 | TD Bank - Debit Card | Vehicle | $ 50.83 |
| 111233 | 11/12/2013 | TD Bank - Debit Card | Vehicle | $ 37.03 |
| 111243 | 11/12/2013 | TD Bank - Debit Card | Vehicle | $ 35.96 |
| 111253 | 11/12/2013 | OOMA Inc | Telephone | $ 24.74 |
| 111263 | 11/12/2013 | HOME DEPOT CRC | Manufacturing Supplies | $ (79.08) |
| 111313 | 11/13/2013 | TD Bank - Debit Card | Vehicle | $ 74.21 |
| 111323 | 11/13/2013 | TD Bank - Debit Card | Vehicle | $ 51.00 |
| 111333 | 11/13/2013 | TD Bank - Debit Card | Vehicle | $ 47.01 |
| 111413 | 11/14/2013 | TD Bank - Debit Card | Vehicle | $ 56.59 |
| 111423 | 11/14/2013 | TD Bank - Debit Card | Vehicle | $ 36.13 |
| 111513 | 11/15/2013 | TD Bank - Debit Card | Vehicle | $ 38.09 |
| 111523 | 11/15/2013 | Plotsoft Professional 9.2 | Office | $ 79.00 |
| 111533 | 11/15/2013 | TD Bank - Debit Card | Vehicle | $ 85.00 |
| 11/15/2013 | ACCOUNT TRANSFER | Into Payroll Account |  | $ 11,000.00 |
| 11/15/2013 | ACCOUNT TRANSFER | Into Payroll Tax Account |  | $ 3,000.00 |
| 111813 | 11/18/2013 | Sage Software | Office Supplies | $ 189.91 |
| 111823 | 11/18/2013 | HOME DEPOT CRC |  | $ 63.63 |
| 111833 | 11/18/2013 | TD Bank - Debit Card | Vehicle | $ 58.30 |
| 111843 | 11/18/2013 | TD Bank - Debit Card | Vehicle | $ 51.70 |
| 111853 | 11/18/2013 | TD Bank - Debit Card | Vehicle | $ 50.61 |
| 111863 | 11/18/2013 | TD Bank - Debit Card | Vehicle | $ 47.98 |
| 111873 | 11/18/2013 | TD Bank - Debit Card | Vehicle | $ 34.67 |
| 111913 | 11/19/2013 | TD Bank - Debit Card | Vehicle | $ 91.78 |
| 11/19/2013 | ACCOUNT TRANSFER | Into Payroll Account |  | $ 9,750.00 |
| 11/19/2013 | ACCOUNT TRANSFER | Into Payroll Tax Account |  | $ 2,750.00 |

**Total Debits:** $ (522,049.94)

**CURRENT BALANCE in Operating Account:** $ 62,758.88

# Casale Marble Imports
# Cash Detail since September 20, 2013

**TD Bank - Cash Collateral Account - 4280905676**

|  |  |  | **BEGINNING BALANCE:** | $ | 7.18 |

**CREDITS: Deposits In**

| DATE | TYPE | AMOUNT | DEPOSIT AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  | **Total Credits:** $ | - |

**DEBITS - Checks / ATM Charges:**

| DATE | CHECK # | VENDOR | AMOUNT |  |
|---|---|---|---|---|
| 10/2/2013 | Transfer | Into Operating Account to CLOSE account | $ 7.18 |  |
|  |  | **Total Debits:** | $ | (7.18) |

**CURRENT BALANCE in Cash Collateral Account:** $ -

# Casale Marble Imports
# Cash Detail since September 20, 2013

## TD Bank - Sales Tax Account - 4280905692

**BEGINNING BALANCE:** $ 1.72

### CREDITS: Deposits In

| DATE | TYPE | | AMOUNT | |
|---|---|---|---|---|
| 10/2/2013 | Account Transfer | From Operating Account | $ 5,120.00 | |
| | | | **Total Credits:** | $ 5,120.00 |

### DEBITS - Checks / ATM Charges:

| DATE | CHECK # | VENDOR | AMOUNT | |
|---|---|---|---|---|
| 10/18/2013 | EFTPS - PENDING | Florida Department of Revenue | $ 5,119.08 | |
| | | | **Total Debits:** | $ (5,119.08) |

**CURRENT BALANCE in Sales Tax Account:** $ 2.64

# Casale Marble Imports
# Cash Detail since September 20, 2013

## TD Bank - Payroll Tax Account - 4280905709

**BEGINNING BALANCE:** $ 8,699.68

### CREDITS: Deposits In

| DATE | TYPE | AMOUNT |
|---|---|---|
| 9/27/2013 | TRANSFER FROM OPERATING ACCOUNT | $ 8,350.00 |
| 10/2/2013 | TRANSFER FROM OPERATING ACCOUNT | $ 380.00 |
| 10/2/2013 | TRANSFER FROM OPERATING ACCOUNT | $ 2,000.00 |
| 10/4/2013 | TRANSFER FROM OPERATING ACCOUNT | $ 7,000.00 |
| 10/11/2013 | TRANSFER FROM OPERATING ACCOUNT | $ 5,050.00 |
| 10/18/2013 | TRANSFER FROM OPERATING ACCOUNT | $ 4,800.00 |
| 10/25/2013 | TRANSFER FROM OPERATING ACCOUNT | $ 6,350.00 |
| 11/1/2013 | TRANSFER FROM OPERATING ACCOUNT | $ 3,600.00 |
| 11/8/2013 | TRANSFER FROM OPERATING ACCOUNT | $ 3,150.00 |
| 11/15/2013 | TRANSFER FROM OPERATING ACCOUNT | $ 3,000.00 |
| 11/19/2013 | TRANSFER FROM OPERATING ACCOUNT | $ 2,750.00 |

**Total Credits:** $ 46,430.00

### DEBITS - EFTPS:

| DATE | CHECK # | VENDOR | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 9/23/2013 | EFTPS | Internal Revenue Service | Processed on 9/20/13 | $ 8,674.04 |
| 9/30/2013 | EFTPS | Internal Revenue Service | Processed on 9/27/13 | $ 8,345.25 |
| 10/3/2013 | EFTPS | Internal Revenue Service | Processed on 10/2/13 | $ 379.79 |
| 10/7/2013 | EFTPS | Internal Revenue Service | Processed on 10/4/13 | $ 6,959.13 |
| 10/15/2013 | EFTPS | Internal Revenue Service | Processed on 10/11/13 | $ 5,067.23 |
| 10/18/2013 | EFTPS | Internal Revenue Service | Processed on 10/2/13 | $ 200.38 |
| 10/18/2013 | EFTPS | Florida Department of Revenue | Processed on 10/2/13 | $ 1,803.46 |
| 10/21/2013 | EFTPS | Internal Revenue Service | Processed on 10/18/13 | $ 4,829.32 |
| 10/28/2013 | EFTPS | Internal Revenue Service | Processed on 10/25/13 | $ 6,325.47 |
| 11/4/2013 | EFTPS | Internal Revenue Service | Processed on 11/1/13 | $ 3,575.64 |
| 11/12/2013 | EFTPS | Internal Revenue Service | Processed on 11/8/13 | $ 3,199.50 |
| 11/18/2013 | EFTPS | Internal Revenue Service | Processed on 11/15/13 | $ 2,980.94 |
| 11/22/2013 | EFTPS - PENDING | Internal Revenue Service | Processed on 11/19/13 | $ 2,645.66 |

**Total Debits:** $ (54,985.81)

**CURRENT BALANCE in Payroll Tax Account:** $ 143.87

# Casale Marble Imports
# Cash Detail since September 20, 2013

## TD Bank - Payroll - 4280905717

**BEGINNING BALANCE:** $ 426.10

### CREDITS: Deposits In

| DATE | TYPE | AMOUNT |
|---|---|---|
| 9/20/2013 | Account Transfer from Operating Account | $ 29,000.00 |
| 9/27/2013 | Account Transfer from Operating Account | $ 27,500.00 |
| 10/4/2013 | Account Transfer from Operating Account | $ 25,000.00 |
| 10/11/2013 | Account Transfer from Operating Account | $ 19,000.00 |
| 10/18/2013 | Account Transfer from Operating Account | $ 17,500.00 |
| 10/25/2013 | Account Transfer from Operating Account | $ 21,000.00 |
| 11/1/2013 | Account Transfer from Operating Account | $ 13,500.00 |
| 11/8/2013 | Account Transfer from Operating Account | $ 11,500.00 |
| 11/15/2013 | Account Transfer from Operating Account | $ 11,000.00 |
| 11/19/2013 | Account Transfer from Operating Account | $ 9,750.00 |

**Total Credits:** $ 184,750.00

### DEBITS - Checks / ATM Charges:

| DATE | CHECK #'s | PAY PERIOD | AMOUNT |
|---|---|---|---|
| 9/20/2013 | 1537 - 1684 | For Period Ending 09/15/2013 | $ 28,951.66 |
| 9/23/2013 | ACH | Return Item Fee | $ 175.00 |
| 9/27/2013 | 1696 - 1730 | For Period Ending 09/22/2013 | $ 27,712.06 |
| 10/4/2013 | 1731 - 1765 | For Period Ending 09/29/2013 | $ 24,631.48 |
| 10/11/2013 | 1766 - 1796 | For Period Ending 10/6/2013 | $ 19,200.23 |
| 10/18/2013 | 1797 - 1825 | For Period Ending 10/13/2013 | $ 17,402.62 |
| 10/25/2013 | 1826 - 1855 | For Period Ending 10/20/2013 | $ 20,950.16 |
| 11/1/2013 | 1856 - 1879 | For Period Ending 10/27/2013 | $ 13,487.35 |
| 11/8/2013 | 1880 - 1899 | For Period Ending 11/3/2013 | $ 11,870.35 |
| 11/15/2013 | 1900 - 1916 | For Period Ending 11/10/2013 | $ 10,889.08 |
| 11/19/2013 | 1917 - 1933 | For Period Ending 11/17/2013 | $ 9,718.50 |

**Total Debits:** $ (184,988.49)

**CURRENT BALANCE in Payroll Account:** $ 187.61

# Casale Marble Imports
# Cash Detail since September 20, 2013

### In House - Petty Cash Account - GL # 1005-00-00

**BEGINNING BALANCE:** $ 1,500.00

**CREDITS: Deposits In**

| DATE | TYPE | AMOUNT |
|---|---|---|
| | | |

**Total Credits:** $ -

**DEBITS - Checks / ATM Charges:**

| DATE | CHECK # | VENDOR | AMOUNT |
|---|---|---|---|
| 10/17/2013 | | Vehicle / Supplies / Office Expenses | $ 673.41 |
| 10/28/2013 | | Vehicle / Office Expenses | $ 316.29 |
| 11/4/2013 | | Vehicle / Office Expenses | $ 54.46 |
| 11/8/2013 | | Vehicle / Office Expenses | $ 114.75 |
| 11/15/2013 | | Vehicle | $ 103.03 |

**Total Debits:** $ 1,261.94

**CURRENT BALANCE in Sales Tax Account:** $ 238.06

## COMMERCIAL REAL ESTATE INVESTMENT GROUP

| | Type | Date | Num | Name | | Amount |
|---|---|---|---|---|---|---|
| 1022 - TD Bank Account | | | | | | |
| | Check | 09/23/2013 | 119 | Ronald Vilsaint | 2530 · Security Deposits | (300.00) |
| | Check | 09/30/2013 | 122 | Florida Power & Light | 6385 · Utilities - Electric | (1,018.52) |
| | Sales Tax Payment | 10/15/2013 | 123 | Florida Department of Revenue | 2200 · Sales Tax Payable | (272.85) |
| | Check | 10/22/2013 | 124 | FPL | 6385 · Utilities - Electric | (759.48) |
| | Check | 10/29/2013 | 125 | George Gasper | 2530 · Security Deposits | (1,300.00) |
| | Check | 10/31/2013 | 126 | Gardy Laguerre | 2530 · Security Deposits | (750.00) |
| | Check | 11/01/2013 | 127 | Jean Baptiste | -SPLIT- | (350.00) |
| | Sales Tax Payment | 11/07/2013 | 128 | Florida Department of Revenue | 2200 · Sales Tax Payable | (114.24) |
| Total 1022 - TD Bank Account | | | | | **CASH OUT** | **(4,865.09)** |
| TOTAL | | | | | | (4,865.09) |
| | Payment | 09/27/2013 | 108016 | 718-720 - Sultane Valcius | 1200 · Accounts Receivable | 900.00 |
| | Payment | 10/02/2013 | 108017 | 702-706 - Gardy Laguerre | 1200 · Accounts Receivable | 600.00 |
| | Payment | 10/02/2013 | 198 | 721 - Jorge Ampuero | 1200 · Accounts Receivable | 137.80 |
| | Payment | 10/07/2013 | 108018 | 716 - Ronald Vilsaint | 1200 · Accounts Receivable | 300.00 |
| | Payment | 10/15/2013 | 108019 | 740 - Jean Marie Emirene | 1200 · Accounts Receivable | 291.50 |
| | Payment | 10/18/2013 | 6806 | 1602/04/08/10 - George Gasper | 1200 · Accounts Receivable | 689.00 |
| | Payment | 11/04/2013 | 108020 | 721 - Jorge Ampuero | 1200 · Accounts Receivable | 140.00 |
| | | | | | **CASH IN** | **3,058.30** |

## METRO & SIVAN

| | Type | Date | Num | Name | | Amount |
|---|---|---|---|---|---|---|
| 1022 - TD Bank Account | | | | | | |
| | Check | 09/27/2013 | 105 | Bureau of Elevator Safety | 6300 · Repairs | -125.00 |
| | Check | 10/21/2013 | | Lee County Tax Collector | 6640 · Property | -7,330.00 |
| TOTAL | | | | | **CASH OUT** | **-7,455.00** |

DRAFT - FOR DISCUSSION PURPOSES ONLY

Receiver Cash Flow Projections
Casale Marble Imports, Inc.
Case No. 9:13-cv-80482-KAM
DRAFT - DRAFT - DRAFT

| | Bankruptcy | | | | Receivership | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MOR 8/31/2013 Start | WE 9/7/2013 Pre | WE 9/14/2013 Pre | WE 9/21/2013 Pre | WE 9/28/2013 Actual | WE 10/5/2013 Actual | WE 10/12/2013 Actual | WE 10/19/2013 Actual | WE 10/26/2013 Actual | WE 11/2/2013 Actual | WE 11/9/2013 Actual | 1 WE 11/16/2013 Projected | 2 WE 11/23/2013 Projected | 3 WE 11/30/2013 Projected |
| Rent | 4,793 | 4,793 | - | - | - | 4,793 | - | - | - | 4,793 | 3,200 | - | - | - |
| Repairs and Maintenance | 5,239 | 2,305 | - | 2,175 | - | 350 | - | 2,031 | 350 | 300 | 741 | 350 | - | 350 |
| Sales Tax | 1,272 | 2,086 | - | - | - | - | - | 5,119 | - | - | - | 5,000 | - | - |
| Taxes - Other | - | - | - | - | - | - | 17,207 | - | - | - | - | - | - | - |
| Telephone | 2,523 | 2,173 | - | 70 | 2,127 | - | - | 1,846 | 297 | - | - | - | 2,255 | - |
| Travel & Entertainment | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | 8,717 | 5,880 | 1,529 | - | 3,564 | - | 1,154 | 1,600 | 2,912 | - | 1,177 | 326 | - | 2,950 |
| Vehicle Expense | 11,256 | 2,346 | 1,398 | 1,781 | 1,909 | 1,140 | 1,059 | 2,958 | 1,334 | 729 | 7,922 | 697 | 2,102 | 697 |
| Other Expense | - | - | - | - | - | - | - | - | 2,626 | - | - | - | - | - |
| Other Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bank Payment (Bankruptcy Only) | 71,498 | 54,184 | 5,313 | 5,030 | - | - | - | - | - | - | - | - | - | - |
| **Total Cash Outflows** | 615,417 | 185,943 | 118,473 | 86,715 | 67,442 | 78,882 | 61,675 | 58,613 | 60,170 | 35,769 | 48,818 | 23,691 | 22,769 | 14,309 |
| Net Cash Inflows (Outflows) | 16,869 | (32,202) | (7,318) | 61,154 | 41,089 | (38,361) | (47,586) | 57,642 | (4,238) | 762 | (14,504) | 42,209 | 31,591 | 1,106,816 |
| Ending Cash Before Transfer to Receiver Account | 78,906 | 46,704 | 39,386 | 100,540 | 141,629 | 103,248 | 55,663 | 113,305 | 109,066 | 53,828 | 39,324 | 66,533 | 98,124 | 1,204,939 |
| Less: Transfer to Receiver Account | - | - | - | - | - | - | - | - | 56,000 | - | 15,000 | - | - | - |
| **Ending Cash Balance** | 78,906 | 46,704 | 39,386 | 100,540 | 141,629 | 103,248 | 55,663 | 113,305 | 53,066 | 53,828 | 24,324 | 66,533 | 98,124 | 1,204,939 |

DRAFT - FOR DISCUSSION PURPOSES ONLY